CRANFORD COMPANY, INC., Respondent, v. L. LEOPOLD & Co., INC., et al., Defendants, and UNITED STATES OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ. [189 Misc. 388.] [See *post*, p. 846.]

SAMUEL WOLF, Appellant, v. SAN-NAP-PAK MFG. Co., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CULVER ASSOCIATES, INC., Appellant, against WILLIAM W. MILLS et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. [646-662 First Ave., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MIGUEL SANDOVAL, Appellant.— Judgment unanimously affirmed. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.

209 WEST 48TH ST. REALTY CORP., Respondent, v. ROSE OFFSET PRINTING CORP. et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS FLANAGAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.

BERNARD RESWICK et al., Appellants, v. PENN MUTUAL LIFE INSURANCE COMPANY et al., Respondents, et al., Defendants. C. GOUVERNEUR HOFFMAN, as Administrator of the Estate of STODDARD HOFFMAN, Deceased, Respondent, v. PENN MUTUAL LIFE INSURANCE COMPANY, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs to the respondent C. Gouverneur Hoffman. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.